BENDIX AVIATION CORP. *v.* INDIANA DEPART-
MENT OF STATE REVENUE, INDIANA
REVENUE BOARD, INDIANA GROSS
INCOME TAX DIVISION.

No. 701.   Decided March 3, 1958.

*Nathan Levy, George N. Beamer, Richey W. Whitesell*
and *James W. Oberfell* for appellant.

*Edwin K. Steers,* Attorney General of Indiana, and
*Lloyd C. Hutchinson,* Deputy Attorney General, for
appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of a substantial federal question.

CARLSON *v.* WASHINGTON.

No. 286, Misc.   Decided March 3, 1958.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon
the appeal was taken as a petition for writ of certiorari,
certiorari is denied.